# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEXIS SAUCEDO,** | **CIVIL ACTION NO. 2:18-cv-10068** |
| Plaintiff | **JUDGE BARRY W. ASHE, SECTION M** |
| vs | |
| **COLUMBIA COLLECTION SERVICE, INC, an Oregon corporation.** | **MAGISTRATE JUDGE KAREN WELLS ROBY, DIVISION 4** |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Alexis Saucedo, and Defendant, Columbia Collection Service, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice with each party to bear its respective fees and costs.

Dated: May 28, 2019

Respectfully submitted,                                          Respectfully submitted

GESUND & PAILET, LLC                                    THE SUNDMAKER FIRM, LLC
                                                                              By: */s/ Earl F Sundmaker, III, Esq.*
By: */s/ Keren E. Gesund Esq.*                           EARL F SUNDMAKER, III, ESQ.
   KEREN E. GESUND, ESQ.                               Louisiana Bar No. 24226
   Louisiana Bar No. 34397                                  GREGORY J WALSH, ESQ.
   3421 N. Causeway Blvd                                   Louisiana Bar No. 25921
   Suite 805                                                          ARTHUR S MANN
   Metairie, LA 70002                                            Louisiana Bar No. 9094
   Telephone: (702) 300-1180                              1027 Ninth Street
   Fax: (504) 265-9492                                          New Orleans, LA 70115
   keren@gp-nola.com                                          Telephone: (504) 568-0515
   *Attorney for Plaintiff*                                        trey@sundmakerfirm.com
                                                                              *Attorneys for Columbia Collection Service, Inc.*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

    EARL F SUNDMAKER, III, ESQ.
    GREGORY J WALSH, ESQ.
    ARTHUR S MANN
    1027 Ninth Street
    New Orleans, LA 70115
    Telephone: (504) 568-0515
    trey@sundmakerfirm.com
    *Attorneys for Columbia Collection Service, Inc.*

                                              */s/Keren E. Gesund*